

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| MICHAEL ANDREW KIND, | § | No. 08-19-00241-CR |
| Appellant, | § | Appeal from the |
| v. | § | 171st Judicial District Court |
| THE STATE OF TEXAS | § | of El Paso County, Texas |
| Appellee. | § | (TC#20170D04944) |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 20TH DAY OF JULY, 2021.

Jeff Rose, Former Chief Justice, Third Court of Appeals

Before Rodriguez, C.J., Palafox, J., and Rose, Former Chief Justice
Rose, Former Chief Justice (Sitting by Assignment)